UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 12-098 (EGS) |
| v. : | |
| : | **FILED** |
| : | JUL -9 2012 |
| NAZIM S. KHAN, : | Clerk, U.S. District & Bankruptcy |
| Defendant. : | Courts for the District of Columbia |

## CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant Nazim S. Khan and his counsel, Richard Seligman, Esq., in which the defendant agreed to plead guilty to Count One of an Information charging Conspiracy to Commit Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 371;

*WHEREAS*, the Information also alleged the forfeiture of property, that is:

### Money Judgment

$83,403, which represents a sum of money constituting or derived from proceeds traceable to the violation alleged in Count One;

*WHEREAS*, pursuant to Fed.R.Crim.P. 32.2(b)(2), this Court determines, based on the evidence set forth during the defendant's plea hearing, that entry of a Consent Order of Forfeiture for the above money judgment is appropriate insofar as $83,403 is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), and that the Government has established the requisite connection between that property and the violation alleged in Count One;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c):

**Money Judgment**

$83,403, which represents a sum of money constituting or derived from proceeds traceable to the violation alleged in Count One.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

3. That pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

4. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this 6th day of July, 2012.

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

/s/ Ronald C. Machen Jr.
RONALD C. MACHEN JR., D.C. Bar No. 447-889
UNITED STATES ATTORNEY

By: _____
Michael K. Atkinson
Bryan Seeley
Assistant United States Attorneys

_____          _____
Nazim S. Khan                                                Richard Seligman
Defendant                                                         Counsel for Defendant

3